■ DARTNELL ENTERPRISES, INC., Appellant, v HEWLETT-PACKARD COMPANY, Individually and as Successor in Interest to COMPAQ COMPUTER CORPORATION, Respondent. [18 NYS3d 919]— Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered June 18, 2014. The order, among other things, granted defendant's motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.